IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NAKALA MURRY, INDIVIDUALLY AND
ON BEHALF OF HER SON, A.M., A MINOR                                    PLAINTIFFS

v.                                                Civil Action No.: 4:23CV97-NBB-DAS

CITY OF INDIANOLA, MISSISSIPPI; CHIEF
RONALD SAMPSON, In His Individual and
Official Capacity; OFFICER GREG CAPERS,
In His Individual and Official Capacity; and,
JOHN DOES 1-5, In Their Individual and
Official Capacities                                                    DEFENDANTS

PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STAY

COME NOW, Nakala Murry, Individually and on Behalf of her son, A.M., a minor ("Plaintiffs"), by and through counsel, and file this their *Response in Opposition to Defendants' Motion to Stay*:

1. This matter arises out of an incident that occurred on or about May 20, 2023 where in A.M., a minor ("Minor") suffered severe physical injuries as a result of being shot in the chest by Defendant Officer Greg Capers (an employee of Defendant City and Chief Sampson). Plaintiffs were subjected to excessive force, 4th and 14th Amendment right violations, negligent/intentional infliction of emotional distress, reckless endangerment, civil assault and battery, abuse of process, and negligent hiring, training, and monitoring of the officers involved.

2. On or about May 30, 2023, Plaintiffs filed their original complaint asserting claims pursuant to 42 U.S.C. §1983 and a number of state law claims. [Doc. 1].

3. Defendants filed their *Answer* [Doc. 19] on August 4, 2023.

4. Prior to the filing of the instant matter, Plaintiff Nakala brought criminal chargesw against her ex-boyfriend, John Nolden, as well as, Defendant Officer Capers for the underlying incident which took place on May 20, 2023.

5. Defendants have now filed a Motion to Stay [Doc. 20], pending the resolution of the criminal charges brought against Defendant Officer Capers.

6. Defendants allege that it would be in the interest of judicial economy to stay the instant ligitaion, pending a final judgment in the aforementioned criminal matter. However, the instant matter encompasses issues not present in the parallel state action.

7. In order for Plaintiffs to fully demonstrate that Defendants acted with reckless disregard, discovery is prudent.

8. Furthermore, Defendants have failed to demonstrate an exceptional circumstance, warranting a stay of the instant proceedings, as required by law. According to *United States v. Kordel,* 397 U.S. 1 (1970), District Courts should only stay the civil action only when there is a showing of "special circumstances" and the need to avoid substantial and irreparable prejudice.

9. Defendants' allegations are to delay any findings of negligence on their behalf toward Plaintiffs. There is no requirement for a stay in this instance.

10. Based upon the foregoing, Defendants' motion should be denied. The Court has discretion here and the Fifth Circuit has never mandated a stay in this instance. Finally, the facts will not change and the picture of minor Plaintiffs' injuries will never change.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court will deny the Defendants' Motion to Stay, based upon the reasons and logic set forth herein. Plaintiffs also pray for all other general relief this Honorable Court deems to be fair and just.

Respectfully submitted, this the 23rd day of August, 2023.

**NAKALA MURRY, et al., Plaintiffs**

**By:**   *s/ Carlos E. Moore*
Carlos E. Moore, MSB# 100685

OF COUNSEL:

**THE COCHRAN FIRM – MS DELTA**
306 Branscome Drive
P. O. Box 1487
Grenada, MS 38902-1487
662-227-9940 – phone
662-227-9941 – fax
Email: cmoore@cochranfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date served via the electronic filing system and/or mailed via U.S. Mail, postage pre-paid, a true and correct copy of the above and foregoing to the following:

Daniel J. Griffith, Esq.
dgriffith@jlpalaw.com
M. Mckenzie W. Price, Esq.
mprice@jlpalaw.com
Mary McKay Griffith, Esq.
mgriffith@jlpalaw.com
JACKSON | GRIFFITH | LUCIANO, P.A.
P. O. Box 1209
Cleveland, MS 38732
*Attorneys for Defendants*

THIS, the 23rd day of August, 2023.

  *s/ Carlos E. Moore*
CARLOS E. MOORE, ESQ.