**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**NAKALA MURRY, INDIVIDUALLY AND
ON BEHALF OF HER SON, A.M., A MINOR**                                    **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO.: 4:23CV97-DMB-DAS**

**CITY OF INDIANOLA, MISSISSIPPI; CHIEF
RONALD SAMPSON, In His Individual and
Official Capacity; OFFICER GREG CAPERS,
In His Individual and Official Capacity; and,
JOHN DOES 1-5, In Their Individual and
Official Capacities**                                                        **DEFENDANTS**

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS,
OR ALTERNATIVELY, FOR SUMMARY JUDGMENT
AS TO PLAINTIFF'S STATE CLAIMS**

**NOW COME** Defendants, City of Indianola, Mississippi; Chief Ronald Sampson, in his Individual and Official Capacities; and Officer Greg Capers, in his Individual and Official Capacities, by and through counsel, and respectfully file this, their Motion for Judgment on the Pleadings or in the Alternative, for Summary Judgment, as to Plaintiffs' State Claims, to-wit:

**I.    PREMISE**

Plaintiff's Complaint asserts a number of state law claims against Defendants City of Indianola, Chief Ronald Sampson, in his Individual and Official Capacities, and Officer Greg Capers, in his Individual and Official Capacities. As the Complaint raises tort claims against a political subdivision and its employees, Plaintiff's exclusive state law remedy against Defendants is the Mississippi Tort Claims Act. Because Plaintiff did not wait the required 90 days after sending her notice of claim prior to filing suit, Plaintiff failed to comply with the notice requirements of *Miss. Code Ann*. §11-46-11(1). Accordingly, as Plaintiff's state law claims are barred by the MTCA's

1

notice provision, this Court should dismiss Plaintiff's state law claims in their entirety. Further, dismissal is warranted because Plaintiff's notice letter does not satisfy the content requirements set forth by *Miss. Code Ann*. §11-46-11(2)(b) as the letter sent to the City of Indianola and Chief Sampson fails to provide multiple categories of required information.  Further, dismissal is proper as Plaintiff's Complaint fails to state a claim under state law upon which relief can be granted as to Defendants under the provisions of the MTCA. Furthermore, Plaintiff's state law claims should be dismissed as those claims are barred by numerous immunities as provided by the MTCA. Thus, dismissal is warranted under Rule 12(c) of the *Federal Rules of Civil Procedure*.

**II.     ATTACHMENTS**

In support of this Motion, Defendants attach the following exhibits:

| | | |
|---|---|---|
| **Exhibit A** | Notice of Claim Letter (Exhibit "A" to Answer) **[Doc. 19-1]** |
| **Exhibit B** | IPD Incident Report for 5-20-23 (BS 72-75) |
| **Exhibit C** | Arrests Reports and Call Log (BS 29-33) |
| **Exhibit D** | IPD Incident Report for 11-7-20 (BS 81-83) |
| **Exhibit E** | Body Camera Footage of Incident |
| **Exhibit F** | Capers' Training Certificates (BS 96-106) |
| **Exhibit G** | IPD Policies and Procedures |
| **Exhibit H** | Call Reports for 1111 BB King (BS 58-71) |
| **Exhibit I** | IPD Arrest Reports Nolden (BS 19-28) |
| **Exhibit J** | IPD Municipal Court Abstracts Nolden (BS 15-18) |
| **Exhibit K** | IPD Documents (BS 3-10) (Exhibit "A" to Motion to Stay) **[Doc. 20-1]** |

        **Exhibit L**      Prior IPD Incident Reports (BS 34-57)

**III.**    **BASIS FOR RELIEF**

In support of dismissal, Defendants respectfully submit a Memorandum of Authorities by separate filing.

    **NOW, THEREFORE**, the Defendants pray that this Court grant the following relief:

(A)    That this Court dismiss Plaintiff's Complaint with prejudice;

(B)    That this Court deny Plaintiff the relief prayed for in Plaintiff's Complaint, and that Plaintiff be denied any relief whatsoever; and,

(C)    That in conjunction with the dismissal of Plaintiff's Complaint with prejudice, Defendants be awarded and do recover from Plaintiff all of their costs, attorneys' fees and expenses associated with the defense of the instant civil action, on the ground that the said Complaint is legally and factually unsupportable and has been filed without substantial justification or without an arguable basis in law, and that Defendants be awarded costs and attorneys' fees pursuant to Fed. R. Civ. Proc. 11, and 42 U.S.C. §1988.

**RESPECTFULLY SUBMITTED** this the 10th day of November, 2023.

                                            **JACKS GRIFFITH LUCIANO, P.A.**

                                  By:    /s/ ***M. Mckenzie W. Price***
                                                    M. Mckenzie W. Price, MS Bar No. 106538
                                                    Daniel J. Griffith, MS Bar No. 8366
                                                    Mary McKay Griffith, MS Bar No. 100785
                                                    Attorneys for Defendants City of Indianola, Mississippi; Chief Ronald Sampson, in his Individual and Official Capacity; and, Officer Greg Capers, in his Individual and Official Capacity

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Street
P.O. Box 1209
Cleveland, MS 38732
Phone: (662) 843-6171
Fax: (662) 843-6176
Email: mprice@jlpalaw.com
      dgriffith@jlpalaw.com
      mgriffith@jlpalaw.com


Kimberly J. Merchant, Esq.
549 South Washington Ave.
Greenville, MS 38701
Cell: (662) 347-3921
Work: (662) 577-4527
Email: kimjmerchant@gmail.com
City Attorney

## CERTIFICATE OF SERVICE

I, M. Mckenzie W. Price, attorney of record for Defendants, City of Indianola, Mississippi, Chief Ronald Sampson, in his Individual and Official Capacity, and, Officer Greg Capers, in his Individual and Official Capacity, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Defendants' Motion for Judgment on the Pleadings, or Alternatively, for Summary Judgment, as to Plaintiff's State Claims* to be delivered by the ECF Filing System to the following:

> Carlos E. Moore, Esq.
> The Cochran Firm - MS Delta
> Email: cmoore@cochranfirm.com
> **Attorney for Plaintiff**

**DATED** this 10th day of November, 2023.

> /s/ *M. Mckenzie W. Price*
> M. Mckenzie W. Price