**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**NAKALA MURRY, INDIVIDUALLY AND**
**ON BEHALF OF HER SON, A.M., A MINOR**                              **PLAINTIFF**

**v.**                                                     **CIVIL ACTION NO.: 4:23CV97-NBB-DAS**

**CITY OF INDIANOLA, MISSISSIPPI; CHIEF**
**RONALD SAMPSON, In His Individual and**
**Official Capacity; OFFICER GREG CAPERS,**
**In His Individual and Official Capacity; and,**
**JOHN DOES 1-5, In Their Individual and**
**Official Capacities**                                                           **DEFENDANTS**


EXHIBIT "E"

VIDEO

(CONVENTIONALLY FILED)

(FILED UNDER MOTION TO SEAL)