**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**NAKALA MURRY, INDIVIDUALLY AND
ON BEHALF OF HER SON, A.M., A MINOR**                     **PLAINTIFF**

v.                          **CIVIL ACTION NO.: 4:23CV97-DMB-DAS**

**CITY OF INDIANOLA, MISSISSIPPI; CHIEF
RONALD SAMPSON, In His Individual and
Official Capacity; OFFICER GREG CAPERS,
In His Individual and Official Capacity; and,
JOHN DOES 1-5, In Their Individual and
Official Capacities**                                                         **DEFENDANTS**

**OFFICER GREG CAPERS' MOTION FOR JUDGMENT ON THE PLEADINGS,
OR ALTERNATIVELY, FOR SUMMARY JUDGMENT
AS TO PLAINTIFF'S FEDERAL CLAIMS**

**NOW COMES** Defendant, Officer Greg Capers, in his Individual and Official Capacities, by and through counsel, and respectfully files this, his Motion for Judgment on the Pleadings or in the Alternative, for Summary Judgment, as to Plaintiffs' Federal Claims, to-wit:.

**I.**      **PREMISE**

In her Complaint, Plaintiff brings federal law claims against Defendant Officer Greg Capers, in his Individual and Official Capacities, under 42 U.S.C. § 1983 predicated on alleged Fourth and Fourteenth Amendment violations. Foremost, under federal law, Plaintiff's official capacity claims against Officer Capers are merely duplicative of Plaintiff's claims against the City of Indianola and should be dismissed. Additionally, all of Plaintiff's federal claims should be dismissed under Rule 12(c) because Plaintiff's allegations amount to no more than an unintentional shooting where an officer reasonably reacted to a potentially dangerous situation and threat of serious harm, which does not constitute a constitutional violation under clearly established law. Accordingly, as Plaintiff's

allegations do not rise to the level of any constitutional violation and any actions taken by Officer Capers were objectively reasonable in light of clearly established law, Officer Capers is entitled to qualified immunity, and Plaintiff's federal claims must fail. Dismissal is warranted under Rule 12(c) of the *Federal Rules of Civil Procedure.*

### II. ATTACHMENTS

In support of this Motion, Defendant Officer Capers incorporates for reference the following exhibits "A" through "L" which have been previously filed with Defendants' Motion for Judgment on the Pleadings, or Alternatively, for Summary Judgment as to Plaintiff's State Claims. **[Docs. 31-1 through 31-12]**.

### III. BASIS FOR RELIEF

In support of dismissal, Defendant Officer Capers respectfully submits a Memorandum of Authorities by separate filing.

**NOW, THEREFORE**, Defendant Officer Capers prays that this Court grant the following relief:

    (A)    That this Court dismiss Plaintiff's Complaint with prejudice;

    (B)    That this Court deny Plaintiff the relief prayed for in Plaintiff's Complaint, and that Plaintiff be denied any relief whatsoever; and,

    (C)    That in conjunction with the dismissal of Plaintiff's Complaint with prejudice, Defendants be awarded and do recover from Plaintiff all of their costs, attorneys' fees and expenses associated with the defense of the instant civil action, on the ground that the said Complaint is legally and factually unsupportable and has been filed without substantial justification or without an arguable basis in law, and that

Defendants be awarded costs and attorneys' fees pursuant to Fed. R. Civ. Proc. 11, and 42 U.S.C. §1988.

**RESPECTFULLY SUBMITTED** this the 10th day of November, 2023.

                                                 **JACKS GRIFFITH LUCIANO, P.A.**

By:    /s/ ***M. Mckenzie W. Price***
        M. Mckenzie W. Price, MS Bar No. 106538
        Daniel J. Griffith, MS Bar No. 8366
        Mary McKay Griffith, MS Bar No. 100785
        Attorneys for Defendants City of Indianola, Mississippi; Chief Ronald Sampson, in his Individual and Official Capacity; and, Officer Greg Capers, in his Individual and Official Capacity

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Street
P.O. Box 1209
Cleveland, MS 38732
Phone: (662) 843-6171
Fax: (662) 843-6176
Email: mprice@jlpalaw.com
        dgriffith@jlpalaw.com
        mgriffith@jlpalaw.com


Kimberly J. Merchant, Esq.
549 South Washington Ave.
Greenville, MS 38701
Cell: (662) 347-3921
Work: (662) 577-4527
Email: kimjmerchant@gmail.com
City Attorney

**CERTIFICATE OF SERVICE**

    I, M. Mckenzie W. Price, attorney of record for Defendant Officer Greg Capers, in his Individual and Official Capacity, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Chief Ronald Sampson's Motion for Judgment on the Pleadings, or Alternatively, for Summary Judgment, as to Plaintiffs' Federal Claims* to be delivered by the ECF Filing System to the following:

        Carlos E. Moore, Esq.
        The Cochran Firm - MS Delta
        Email: cmoore@cochranfirm.com
        **Attorney for Plaintiff**

    **DATED** this 10th day of November, 2023.

                               /s/ *M. Mckenzie W. Price*
                               M. Mckenzie W. Price