# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| **NAKALA MURRY, Individually and on Behalf of Her Son, A. M., a Minor** | **PLAINTIFF** |
| **v.** | **CIVIL ACTION NO. 4:23-CV-00097-DMB-DAS** |
| **CITY OF INDIANOLA, MISSISSIPPI; CHIEF RONALD SAMPSON, In his Individual and Official Capacity; OFFICER GREG CAPERS, in his Individual and Official Capacity; and JOHN DOES 1-5, In Their Individual and Official Capacities** | **DEFENDANTS** |

## CITY OF INDIANOLA'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S FEDERAL CLAIMS

**NOW COMES** Defendant, City of Indianola, Mississippi, by and through counsel, and respectfully files this, its Motion for Judgment on the Pleadings or Alternatively, for Summary Judgment, as to Plaintiffs' Federal Claims, to-wit:.

**I.     PREMISE**

In her Complaint, Plaintiff brings federal law claims against Defendants, the City of Indianola, Chief Ronald Sampson, in his Individual and Official Capacities, and Officer Greg Capers, in his Individual and Official Capacities, under 42 U.S.C. § 1983 predicated on alleged Fourth and Fourteenth Amendment violations. Plaintiff's Complaint fails to state any facts sufficient to state a claim to relief that is plausible on its face under §1983 against the City of Indianola because Plaintiff's allegations amount to no more than an unintentional shooting where an officer reasonably reacted to a potentially dangerous situation and threat of serious harm, which does not constitute a constitutional violation under clearly established law, and there can be no municipal liability absent

a constitutional violation. Furthermore, Plaintiff's Complaint fails to state any facts sufficient to state a claim to relief that is plausible on its face under §1983 against the City of Indianola as it lacks sufficient factual allegations of any official policy, custom or practice of the City that was the moving force behind any alleged constitutional violation. Finally, Plaintiff's Complaint fails to state a claim upon which relief can be granted as to the City of Indianola, by reason of the fact that Defendant Officer Capers was at all relevant times trained and certified in accordance with State standards, Officer Capers acted within policy, and Officer Capers had no prior history of excessive force. Therefore, as Plaintiff's federal claims against the City of Indianola must fail, dismissal is warranted under Rule 12(c) of the *Federal Rules of Civil Procedure*.

**II. ATTACHMENTS**

In support of this Motion, Defendant City of Indianola incorporates for reference the following exhibits "A" through "L" which have been previously filed with Defendants' Motion for Judgment on the Pleadings, or Alternatively, for Summary Judgment as to Plaintiff's State Claims. **[Docs. 31-1 through 31-12]**.

**III. BASIS FOR RELIEF**

In support of dismissal, Defendant City of Indianola respectfully submits a Memorandum of Authorities by separate filing.

**NOW, THEREFORE**, Defendant City of Indianola prays that this Court grant the following relief:

(A) That this Court dismiss Plaintiff's Complaint with prejudice;

(B) That this Court deny Plaintiff the relief prayed for in Plaintiff's Complaint, and that Plaintiff be denied any relief whatsoever; and,

(C)  That in conjunction with the dismissal of Plaintiff's Complaint with prejudice, Defendants be awarded and do recover from Plaintiff all of their costs, attorneys' fees and expenses associated with the defense of the instant civil action, on the ground that the said Complaint is legally and factually unsupportable and has been filed without substantial justification or without an arguable basis in law, and that Defendants be awarded costs and attorneys' fees pursuant to Fed. R. Civ. Proc. 11, and 42 U.S.C. §1988.

**RESPECTFULLY SUBMITTED** this the 10th day of November, 2023.

**JACKS GRIFFITH LUCIANO, P.A.**

By:  /s/ ***M. Mckenzie W. Price***
M. Mckenzie W. Price, MS Bar No. 106538
Daniel J. Griffith, MS Bar No. 8366
Mary McKay Griffith, MS Bar No. 100785
Attorneys for Defendants City of Indianola, Mississippi; Chief Ronald Sampson, in his Individual and Official Capacity; and, Officer Greg Capers, in his Individual and Official Capacity

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Street
P.O. Box 1209
Cleveland, MS 38732
Phone: (662) 843-6171
Fax: (662) 843-6176
Email: mprice@jlpalaw.com
 dgriffith@jlpalaw.com
 mgriffith@jlpalaw.com


Kimberly J. Merchant, Esq.
549 South Washington Ave.

Greenville, MS 38701
Cell: (662) 347-3921
Work: (662) 577-4527
Email: kimjmerchant@gmail.com
City Attorney

## CERTIFICATE OF SERVICE

I, M. Mckenzie W. Price, attorney of record for Defendant, City of Indianola, Mississippi, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *City of Indianola's Motion for Judgment on the Pleadings, or Alternatively, for Summary Judgment, as to Plaintiffs' Federal Claims* to be delivered by the ECF Filing System to the following:

> Carlos E. Moore, Esq.
> The Cochran Firm - MS Delta
> Email: cmoore@cochranfirm.com
> **Attorney for Plaintiff**

**DATED** this 10th day of November, 2023.

/s/ *M. Mckenzie W. Price*
M. Mckenzie W. Price