# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISON

**NAKALA MURRY, INDIVIDUALLY AND**
**ON BEHALF OF HER SON, A.M., A MINOR**         PLAINTIFF

v.        CIVIL ACTION NO.:4:23CV97-DMB-DAS

**CITY OF INDIANOLA, MISSISSIPPI: et al.**        DEFENDANTS

## MOTION TO COMPEL PRODUCTION OF BODY CAMERA FOOTAGE

COMES NOW, Plaintiff Nakala Murry, individually and on behalf of her son, A.M., a minor, by and through their Attorney, Carlos Moore, and moves for *Motion to Compel Production of Body Camera Footage* for City of Indianola, Mississippi: et al., ("Defendants") to promptly produce the footage, and in support, states as follows:

I.

1. That a *Motion to File Body Camera Footage of Incident Under Seal* was filed with the Court on November 11th, 2023.

2. That, pursuant to FRCP Rule 45, Defendants provided a copy of the information requested only to the Court, not to the requesting party.

3. That, pursuant to 12 CFR § 263.9, 76.15, no ex-parte communication shall be allowed.

4. As such, Plaintiff has made efforts to contact Counsel for Defendants to obtain the footage in question.

5. That to date, Plaintiff did not receive a copy of the Body Camera Footage in controversy.

6. That, for Plaintiff to adequately respond to pending motions for judgements on the pleadings, Plaintiff requires a copy of the footage.

II.

It is hereby stated that the following information has not been received by the Plaintiff:

a. Body Camera Footage that is the subject matter of Defendants' *Motion to File Body Camera Footage of Incident Under Seal.*

III.

WHEREFORE, PREMISES CONSIDERED, Plaintiff moves for a *Motion to Compel Production of Body Camera Footage* for the Defendants, City of Indianola, Misississippi: et al., to immediately produce footage to Counsel for Plaintiff. Additionally, because of the simplicity of this motion, Plaintiff prays requirement of memo to be waived.

Respectfully submitted, this the \_\_\_14th\_\_\_ day of November, 2023.

**NAKALA MURRY, INDIVIDUALLY AND ON BEHALF OF HER SON, A.M., A MINOR, PLAINTIFF**

By: /s/ Carlos E. Moore
Carlos E. Moore, ESQ, MS BAR No. #100685

Issued at the request of:

**Carlos E. Moore, ESQ, MS BAR NO. #100685**
**THE COCHRAN FIRM – MS DELTA**
306 Branscome Drive
P.O. Box 1487
Grenada, MS 38902 – 1487
Phone: (662)227-9940
Fax: (662)227-9941
Email: cmoore@cochranfirm.com
*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I, Carlos Moore, do hereby certify that I have this date served via the electronic filing system and/or mailed via U.S. Mail, postage pre-paid, a true and correct copy of the above and foregoing to the following:

Daniel J. Griffith, MS Bar No. 8366
Mary McKay Griffith, MS Bar No. 100785
M. Mckenzie W. Price, MS Bar No. 106538
**Jacks, Grittith, Luciano, P.A.**
P.O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
Telephone: (662) 843-6171
*Counsel for Defendants*

THIS, the 14th day of November, 2023.

                                              */s/ Carlos E. Moore*
                                              CARLOS E. MOORE, ESQ.