**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**NAKALA MURRY, INDIVIDUALLY AND**
**ON BEHALF OF HER SON, A.M., A MINOR**                        **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO.: 4:23CV97-DMB-DAS**

**CITY OF INDIANOLA, MISSISSIPPI; CHIEF**
**RONALD SAMPSON, In His Individual and**
**Official Capacity; OFFICER GREG CAPERS,**
**In His Individual and Official Capacity; and,**
**JOHN DOES 1-5, In Their Individual and**
**Official Capacities**                                        **DEFENDANTS**

**DEFENDANTS' MOTION FOR STAY**

**NOW COME** Defendants, City of Indianola, Mississippi; Chief Ronald Sampson, in his

Individual and Official Capacities; and Officer Greg Capers, in his Individual and Official

Capacities, by and through counsel, and respectfully file this, their Motion for Stay and would show

in support as follows:

**I.        PREMISE**

The instant action brought by Plaintiff asserts a number of claims under both 42 U.S.C.

§1983 and state law against Defendants, a governmental entity and its employees, for alleged acts

and/or omissions that occurred on May 20, 2023. However, Plaintiff's allegations amount to no more

than an unintentional shooting where an officer reasonably reacted to a potentially dangerous

situation and threat of serious harm, which is insufficient to overcome Defendants' immunity under

either state or federal law. Accordingly, Defendants have filed multiple motions requesting dismissal

of Plaintiff's state and federal claims based upon various immunity defenses, all of which remain

pending before this Court. Therefore, a stay of all proceedings is warranted.

## II.    AUTHORITY

As required by *Uniform Local Rule* 7(b)(4), Defendants are filing herewith a separate Memorandum of Authorities.

**RESPECTFULLY SUBMITTED** this the 17th day of November, 2023.

**JACKS GRIFFITH LUCIANO, P.A.**

By:    */s/ **Daniel J. Griffith***

Daniel J. Griffith, MS Bar No. 8366
M. Mckenzie W. Price, MS Bar No. 106538
Mary McKay Griffith, MS Bar No. 100785
Attorneys for Defendants City of Indianola, Mississippi; Chief Ronald Sampson, in his Individual and Official Capacity; and, Officer Greg Capers, in his Individual and Official Capacity

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Street
P.O. Box 1209
Cleveland, MS 38732
Phone: (662) 843-6171
Fax: (662) 843-6176
Email: mprice@jlpalaw.com
        dgriffith@jlpalaw.com
        mgriffith@jlpalaw.com


Kimberly J. Merchant, Esq.
549 South Washington Ave.
Greenville, MS 38701
Cell: (662) 347-3921
Work: (662) 577-4527
Email: kimjmerchant@gmail.com
City Attorney

## CERTIFICATE OF SERVICE

I, Daniel J. Griffith, attorney of record for Defendants, City of Indianola, Mississippi, Chief Ronald Sampson, in his Individual and Official Capacity, and, Officer Greg Capers, in his Individual and Official Capacity, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Motion for Stay* to be delivered by the ECF Filing System to the following:

> Carlos E. Moore, Esq.
> The Cochran Firm - MS Delta
> Email: cmoore@cochranfirm.com
> **Attorney for Plaintiff**

**DATED** this 17th day of November, 2023.

> */s/ Daniel J. Griffith*
> Daniel J. Griffith