IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NAKALA MURRY, INDIVIDUALLY AND
ON BEHALF OF HER SON, A.M., A MINOR          PLAINTIFF

v.                          CIVIL ACTION NO.: 4:23CV97-DMB-DAS

CITY OF INDIANOLA, MISSISSIPPI; CHIEF
RONALD SAMPSON, In His Individual and
Official Capacity; OFFICER GREG CAPERS,
In His Individual and Official Capacity; and,
JOHN DOES 1-5, In Their Individual and
Official Capacities                          DEFENDANTS

### RESPONSE IN OPPOSITION TO APPEAL OF MAGISTRATE ORDER (DOC: # 60)

**DEFENDANTS,** by counsel, respond in opposition to Plaintiff's attempt to appeal Magistrate Order **[Doc: #60]** which is submitted without mandatory briefing and simultaneous with an improper press release [*See Exhibit A*].

**STATEMENT OF OPPOSITION**

Defendants have a pending and fully briefed motion seeking to have the Court determine whether or not to seal a video where Plaintiff A.M. suffers a gunshot wound. **[Doc: #21]**. Defendants also have a consolidated motion pending wherein the relevant portion of the video is an exhibit. **[Doc: # 62]**. Plaintiff appeals an order at Doc: # 60, allowing access to the video for the sole purpose of being able to respond to these motions while the magistrate judge considers public access to the video. Plaintiff's *Fed. R. Civ. Proc.* 72(a)(1) appeal of that order without submission of mandatory briefing per *L.U. Civ. R.* 7(4) while the fully briefed motion to seal remains pending is neither ripe, nor submitted for a legitimate purpose.

In spite of Plaintiff's attempted appeal, *L.U. Civ. R.* 72(a)(2) clearly provides that "the

1

magistrate ruling or order will remain in effect until reversed, vacated, modified or stayed." Yet, Plaintiff Nakala Murry and her Counsel have announced yet another press conference. *Exhibit A*. Respectfully, court orders, procedural rules, statutes enacted for the protection of children and ethical rules proscribing attorney conduct would be rendered meaningless if this media circus is allowed to continue unabated.

1. In accord with Rule 5.2 of the *Federal Rules of Civil Procedure and* Mississippi Law protecting the protecting the identity and privacy of a minor child in court filings, *Exhibit A* hereto is submitted with proper redaction.[1]

2. As required by *Uniform Local Rule* 7(4), a memorandum of authorities is filed herewith.

**WE PRAY,** that upon consideration of the circumstances and supporting authority, this Court will reject this improperly filed appeal and order as follows:

- A. That Plaintiff's appeal be denied because it is procedurally flawed, the ultimate issue remains pending and is not ripe, and the limited protection from disclosure afforded by this interim order is legal;

- B. That pursuant to *Fed. R. Civ. P*. 17(c)(2), this Court appoint a guardian *ad litem* to protect the minor's interest as "***the parent is indifferent to the interest of the child***" *and* "***the interests of the child and the parent*** . . . ***appear to conflict***;"

- C. That upon appointing a guardian *ad litem* for the child, Plaintiff Nakala Murry and her Counsel be directed to appear before this Court and show cause as to whether the directives of the magistrate judge **[Doc: #60]**, state law and Rule 3.6 of the

---

[1]*Miss. Code Ann*. § 43-21-259 explicitly provides: "**All other records involving children and the contents thereof shall be kept confidential and shall not be disclosed except as provided in section 43-21-261**."

Mississippi Rules of Professional Conduct have not been violated.

D. That the Court grant such other and additional relief as may be necessary to litigate this matter without a media sideshow.

**RESPECTFULLY SUBMITTED** this the 13th day of December, 2023.

                                                      **JACKS GRIFFITH LUCIANO, P.A.**

By: /s/ *Daniel J. Griffith*
Daniel J. Griffith, MS Bar No. 8366
M. Mckenzie W. Price, MS Bar No. 106538
Mary McKay Griffith, MS Bar No. 100785
Attorneys for Defendants City of Indianola, Mississippi; Chief Ronald Sampson, in his Individual and Official Capacity; and, Officer Greg Capers, in his Individual and Official Capacity

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Street
P.O. Box 1209
Cleveland, MS 38732
Phone: (662) 843-6171
Fax: (662) 843-6176
Email: dgriffith@jlpalaw.com
       mprice@jlpalaw.com
       mgriffith@jlpalaw.com

Kimberly J. Merchant, Esq.
549 South Washington Ave.
Greenville, MS 38701
Cell: (662) 347-3921
Work: (662) 577-4527
Email: kimjmerchant@gmail.com
City Attorney

## **CERTIFICATE OF SERVICE**

      I, Daniel J. Griffith, attorney of record for Defendants, City of Indianola, Mississippi, Chief Ronald Sampson, in his Individual and Official Capacity, and Officer Greg Capers, in his Individual and Official Capacity, do hereby certify that I have this day caused a true and correct copy of the above and foregoing RESPONSE IN OPPOSITION TO APPEAL OF MAGISTRATE ORDER [DOC: # 60] to be delivered by the ECF Filing System to the following:

> Carlos E. Moore, Esq.
> The Cochran Firm - MS Delta
> Email: cmoore@cochranfirm.com
> **Attorney for Plaintiff**

      **DATED** this 13th day of December, 2023.

> /s/ *Daniel J. Griffith*
> Daniel J. Griffith