IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**NAKALA MURRY,**
**Individually and on Behalf**
**of her son, A.M., a Minor**                                                     **PLAINTIFF**

V.                                      **CIVIL ACTION NO. 4:23cv-97-DMB -DAS**

**CITY OF INDIANOLA, MISSISSIPPI, et. al.**                           **DEFENDANTS**

### ORDER STAYING DISCOVERY

The defendants have filed a motion for judgment on the pleadings raising immunity defenses. Pursuant to L.U.Civ.R 16(b)(3)(B), the court grants the motion to stay all discovery in this action pending resolution of the motions.

**SO ORDERED** this the 15th day of December, 2023.


                                                     **/s/ David A. Sanders**
                                                     **UNITED STATES MAGISTRATE JUDGE**