IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISON

**NAKALA MURRY,** *Individually and on*
*behalf of her son*, **A.M., A MINOR**                    **PLAINTIFF**

**v.**                                   **CIVIL ACTION NO.:4:23CV97-DMB-DAS**

**CITY OF INDIANOLA, MISSISSIPPI: et al.**            **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL AND ASSERT LIEN

       COMES NOW, Counsel for Plaintiff, Carlos E. Moore of the Carlos Moore Law Group (hereinafter "Counsel") and files this *Motion to Withdraw as Counsel and Assert Lien,* and shows this Honorable Court:

1. Plaintiff and her counsel have reached an impasse on how to proceed with her case.
2. It is in Plaintiff's best interest to seek and obtain new counsel.
3. Counsel moves to assert a Quantum Meriut Lien for the value of his services to date and for expenses reimbursement should the case settle.
4. Counsel has attached a Redacted Contract labeled as "Exhibit A".
5. Counsel has also filed a Memorandum in Support to this Motion.

       **WHEREFORE, PREMISES CONSIDERED**, Counsel requests that his Motion to Withdraw as Counsel be granted.

       **RESPECTFULLY SUBMITTED**, this the 12th day of September, 2024.

                                                                   CARLOS E. MOORE, COUNSEL

By: */s/ Carlos E. Moore*
Carlos E. Moore, ESQ.
MS Bar No. #100685

OF COUNSEL:

CARLOS MOORE LAW GROUP
Post Office Box 1487
Grenada MS 38902
6622279940
Carlos@MorebyMoore.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date notified by way of electronic filing system and mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing to all counsel of record and Plaintiff's personal address as entered upon date of filing.

Michael S. Carr
CARR LAW FIRM
301 W. Sunflower Rd., Ste. D
P.O. Box 1749
Cleveland, MS 38732
662-441-1529
662-441-1530 (fax)
mcarr@carrlawpllc.com

Daniel J. Griffith
JACKS | GRIFFITH | LUCIANO, P.A.
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732-1209
(662) 843-6171

662-843-6176 (fax)
dgriffith@jlpalaw.com

Mary McKay Griffith
JACKS/GRIFFITH/LUCIANO, P.A.
P.O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
662-843-6171
662-843-6176 (fax)
mgriffith@jlpalaw.com


Nakala Murry
1111 BB King Rd. Apt. 15
Indianola, Mississippi 38751-3642



This the 12th day of September, 2024

                                       **/s/ Carlos E. Moore**

                                       Carlos E. Moore, ESQ.