Form 6 (ND/SD Miss. Dec. 2016)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Nakala Murry          Plaintiff

v.          CIVIL ACTION NO.    4:23CV97-DMB-DAS

City of Indianola          Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Nora Snyder

Firm Name: People's Law Office

Office Address: 1180 N. Milwaukee Ave.

City: Chicago    State: IL    Zip: 60642

Telephone: 773-235-0070    Fax: 773-235-6699

E-Mail: norasnyder@peopleslawoffice.com

(B) Client(s): Nakala Murry

Address:

City:    State    Zip

Telephone:    Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C) I am admitted to practice in the:

☑ State of Illinois

☐ District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

200 E. Capitol Ave.
Springfield, IL 62701
(212)782-2035
https://www.illinoiscourts.gov/courts/supreme-court/

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
| --- | --- |
| United States Court of Appeals for the Seventh Circuit | 2021 to Present |
| United States Court of Appeals for the Fourth Circuit | 2023 to Present |
| United States District Court for the Northern District of Illinois | 2022 to Present |
| United States District Court for the Eastern District of Wisconsin | 2023 to Present |

|     |     | Yes | No |
| --- | --- | --- | --- |
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ● |
|     | Have you had admission pro hac vice revoked in this state? | ○ | ● |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|     |     | Yes | No |
| --- | --- | --- | --- |
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ● |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | Yes | No |
|-----|-----|-----|-----|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ⦿ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
| --- | --- |
| N/A | |

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?  ☒ Yes ☐ No

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?  ☒ Yes ☐ No

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Sheila A. Bedi Ms. Bar No 101652

Firm Name:   Community Justice Clinic--Northwestern Pritzker School of Law

Office Address:   375 East Chicago Avenue

City: Chicago   State: IL   Zip: 60615

Telephone: 312-5032492   Fax:

Email address: sheila.bedi@law.northwestern.edu

FORM 6 (ND/SD MISS. DEC. 2016)

(K)   The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

*Sheila Bedi*
_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

9/26/24
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 15th day of October 2024

*Sheila Bedi*
_____
Resident Attorney

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Nora Pearl Snyder

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 01/14/2021 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 17th day of September, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois